01-15-00992-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

·FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 2:36:38 PM
CHRISTOPHER A. PRINE
Clerk

November 20, 2015

JONATHAN LANDERS
ATTORNEY OF RECORD
2817 WEST T.C. JESTER
HOUSTON, TEXAS  77018

Defendant's Name:  MARCUS ANTHONY GUSMAN

Cause No:  1995773

Court:  CRIMINAL COUNTY COURT AT LAW #9

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** .11/11/2015
**Sentence Imposed Date:**  10/22/2015
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:  JONATHAN LANDERS**

Sincerely,

*/s/ N. Salinas*
Criminal Post Trial Deputy

CC:  Devon Anderson
       District Attorney
       Appellate Division
       Harris County, Texas

    TAVIS JACKSON (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. *1995773*

## THE STATE OF TEXAS
### V.
## MACUS Gusmus A/K/A/ _____

_____ District Court / County Criminal Court at Law No. ___9___

Harris County, Texas

**FILED**
Chris Daniel
District Clerk

**NOTICE OF APPEAL**

NOV 11 2015

TO THE HONORABLE JUDGE OF SAID COURT:

Time: _____
Harris County, Texas
By _____
Deputy

On *November 11, 2015* (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

- ☑ **MOVES** to withdraw.
- ☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

_____*11/11/15*_____
**Date**

_____*Jonathan Landers*_____
**Defendant (Printed name)**

_____
**Attorney (Signature)**  *Jonathan Landers*

**Attorney (Printed name)**  *Jonathan Landers*

*24070161*
**State Bar Number**

*2817 W TC Jester*
**Address**

*713 301 7153*
**Telephone Number**

**The defendant (check all that apply):**

- ☐ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.
- ☐ **ASKS** the Court to **ORDER** that a free record be provided to him.
- ☑ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)** *as attorney for Defendant*

**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON *NOV 11 2015*

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and FINDS that defendant / appellant

☒ IS NOT indigent at this time.

☐ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☒ Counsel's motion to withdraw is ⟨GRANTED⟩ / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☐ Defendant's / appellant's motion is GRANTED and

    ☐ _____ (attorney's name & bar card number)
is APPOINTED to represent defendant / appellant on appeal.

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☒ SET at $ _____

☒ TO CONTINUE as presently set.

☐ DENIED and is SET at NO BOND. (Felony Only)

No ALCOHOL - 6/F ALC

DATE SIGNED: **NOV 1 1 2015**

JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW No. **9**,
HARRIS COUNTY, TEXAS

Cause No. _____

## THE STATE OF TEXAS
### V.
_____, A/K/A/ _____

_____ **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**

### OATH OF APPOINTED ATTORNEY ON APPEAL

I, _____, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the Court immediately so that the Court may take the appropriate action as deemed necessary.

_____      _____
Attorney-at-Law (Signature)               BAR Number / SPN

_____      _____
Address                            City / State / Zip

_____      _____
Phone                              FAX

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

CAUSE NO. _195773_

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| vs. | § | COURT AT LAW NUMBER _9_ |
| _Marcus Gusman_ | § | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

[X] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

[ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

[ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

[ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

[ ] the defendant has waived the right of appeal.

OCT 2 2 2015

_____                    _____
**Judge Presiding**                          **Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X_____                     _____
**Defendant**                                **Defendant's Counsel**

_____
State Bar of Texas ID Number:

Mailing address:

**FILED**
Chris Daniel
District Clerk

2817 W TC Festv

Mailing address:

Telephone number:

OCT 2 2 2015

713 301 3153

Fax number (Time):

Harris County, Texas

Telephone number:

By_____
Deputy

713 085 5020

Fax number (if any):

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

CCL Form 22                                                          12-04-2012

# APPEAL CARD

Due: 12-21-15    1st

Court __9__    Cause No. 1995773

## The State of Texas
### Vs
Gusman, Marcus Anthony

**Date Notice Of Appeal:** 10-22-15 November 11, 2015

**Presentation:**    Vol.____ Pg.____

**Judgment:**    Vol.____ Pg.____

**Judge Presiding** Analia Wilkerson
**Court Reporter** Tatris Jackson
**Court Reporter** _____
**Court Reporter** _____

**Attorney on Trail** Gavin Ellis

**Attorney on Appeal** Jonathan D. Landers

Appointed _____    Hired __X__

**Offense** DWI

**Jury Trail:**    Yes __X__    No____

**Punishment Assessed** 180d. HCJ 18 mths. prob.

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** $1,000

**Appellant Confined:**    Yes____    No __X__

**Date Submitted To Appeal Section** November 16, 2015

**Deputy Clerk** Shanique McBren 11-20-15

997